# IN THE SUPREME COURT OF THE STATE OF NEVADA

BENNIE HAMILTON,
                  Appellant,
      vs.
VIKING INSURANCE OF WISCONSIN, LLC,
                  Respondent.

No. 74753

**FILED**

JAN 08 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order dismissing appellant's complaint. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was filed more than thirty days after service of written notice of entry of the judgment or order. *See* NRAP 4(a)(1); NRAP 26(c). The order granting respondent's motion to dismiss the complaint was filed and notice of entry served on October 20, 2017. Appellant did not file the notice of appeal until December 13, 2017, well beyond the time allowed for filing a notice of appeal. *See* NRAP 4(a)(1); NRAP 26(c). An untimely notice of appeal fails to vest jurisdiction in this court. *Healy v. Volkswagenwerk Aktiengesellschaft*, 103 Nev. 329, 741 P.2d 432 (1987).

18-00826

We conclude, therefore, that we lack jurisdiction, and we ORDER this appeal DISMISSED.

_____Cherry_____, J.
Cherry

_____, J.
Parraguirre

_____Stiglich_____, J.
Stiglich

cc:   Hon. Rob Bare, District Judge
Bennie Hamilton
Selman Breitman, LLP
Eighth District Court Clerk